UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Linda G. as Parent/Guardian/Next Friend of A.G., a Minor Individual With a Disability,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHSIDE INDEPENDENT SCHOOL DISTRICT,<br><br>    Defendants | §§§§§§§§§§§§§<br><br>Civil Action No. 5:17-cv-00002-DAE |

## ORDER

On this day, came on for consideration the Joint Motion to Dismiss. The Court having reviewed said Motion finds that it should be, and hereby is, **GRANTED**.

It is **ORDERED** that this matter is dismissed with prejudice, with each party bearing its own costs, expenses, and attorney's fees. The Clerk's Office is instructed to CLOSE THE CASE.

Signed this the 24th day of October, 2017.

_____
The Honorable David A. Ezra
United States District Judge

1